UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE ODISH, <br><br>  Plaintiff, <br> v. <br><br> CACH, LLC, and MANDARICH LAW GROUP, LLP <br><br>  Defendants. | Case No.: 12cv1710 AJB (DHB) <br><br> ORDER DISMISSING CASE WITH PREJUDICE |

On October 31, 2012, this Court granted Defendants CACH, LLC ("CACH") and Mandarich Law Group, LLP ("Mandarich") (collectively "Defendants") motion for judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c), and denied Defendants' motion for Rule 11 sanctions. (Doc. No. 25.) The Order specified that Plaintiff Steve Odish ("Plaintiff") must file an amended complaint within thirty (30) days.[1] Failure to file an amended complaint would result in the Court entering a dismissal of the entire action with prejudice. As of the date of this Order Plaintiff has failed to file an amended complaint. Accordingly, the Court hereby orders this action be dismissed with prejudice. The Clerk of Court is instructed to enter judgment accordingly and close the case.

IT IS SO ORDERED.

DATED: December 4, 2012

_____
Hon. Anthony J. Battaglia
U.S. District Judge

---

[1] Accordingly, Plaintiff was ordered to file an amended complaint no later than November 30, 2012.

1